## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-24919-WILLIAMS

DAVID TULLOCH,

      Plaintiff,

vs.

DISTRICT BOARD OF TRUSTEES
FOR MIAMI-DADE COLLEGE,

      Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint.  (DE 13).  In the motion, Defendants argue that the Court lacks personal jurisdiction because service was improper, and urge the Court to dismiss this case with prejudice because this is the second attempt at service, and the Court has already once dismissed this case without prejudice for failure to serve. As indicated on the docket, Plaintiff's response to Defendant's motion was due on October 6, 2017.  (*See* DE 13). To date, no response has been filed by Plaintiff.

Local Rule 7.1(c)(1) provides that failure to timely serve an opposing memorandum of law "may be deemed sufficient cause for granting the motion by default." Nonetheless, the Court has reviewed the motion, the attached declaration, and the proof of service that was filed to the docket, and finds that Defendant's motion sets out an adequate basis for dismissal of this case based on improper service. Accordingly, upon review of the motion and the record, it is **ORDERED AND ADJUDGED** that the motion to dismiss  (DE 13) is **GRANTED** and the Complaint

(DE 1) is **DISMISSED**.   All pending motions are **DENIED AS MOOT**.   All hearings, deadlines, and trial settings are **CANCELED**.   The Clerk is directed to **CLOSE** this case.

   **DONE AND ORDERED** in chambers in Miami, Florida, this _____ day of November, 2017.

   _____
   KATHLEEN M. WILLIAMS
   UNITED STATES DISTRICT JUDGE